**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JASON WALLACE**                                                           **PLAINTIFF**

**VS**                                        **CIVIL ACTION NO. 1:22-CV-80-SA-RP**

**CITY OF PONTOTOC, AND
C. MARK HENRY, IN HIS INDIVIDUAL CAPACITY**           **DEFENDANTS**

**AGREED RULE 54(b) JUDGMENT OF DISMISSAL WITH
PREJUDICE WITH RESPECT TO DEFENDANT CITY OF PONTOTOC**

The parties have filed a stipulation that dismisses Plaintiff Jason Wallace's false arrest claim against the Defendant City of Pontotoc (the "City") under the Mississippi Tort Claims Act with prejudice. Accordingly, the Court finds that a final judgment shall be directed in favor of the City under Federal Rule of Civil Procedure 54(b). Plaintiff Jason Wallace's claim against Defendant C. Mark Henry in his individual capacity shall remain, and nothing in this Order shall impact Plaintiff's right to state a different claim, if any, against the City pursuant to the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the City is hereby DISMISSED WITH PREJUDICE, with Plaintiff and the City to bear their own costs and fees.

SO ORDERED AND ADJUDGED, this the 2nd day of December 2022.

                                                              /s/ Sharion Aycock
                                                              UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

*/s/ G. Todd Butler*
G. Todd Butler, MB #102907

***ATTORNEY FOR DEFENDANT CITY OF PONTOTOC***

*/s/ Victor I. Fleitas*
Victor I. Fleitas
Victor I. Fleitas, P.A.
fleitasv@bellsouth.net
452 North Spring Street
Tupelo, MS 38804

***ATTORNEY FOR PLAINTIFF***

*/s/ Wilton V. Byars, III*
Wilton V. Byars, III
Daniel Coker Horton & Bell, P.A.
wbyars@danielcoker.com
265 N Lamar Blvd., Ste. R
Oxford, MS 38655-1396

***ATTORNEY FOR DEFENDANT C. MARK HENRY***