IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JASON WALLACE                                                                                    PLAINTIFF

V.                                                                               CAUSE NO. 1:22-CV-80-SA-RP

CITY OF PONTOTOC, ET AL.                                                                      DEFENDANTS

ORDER

On June 10, 2022, Jason Wallace initiated this action by filing his Complaint [1] against the City of Pontotoc and C. Mark Henry. On October 19, 2022, the City of Pontotoc filed a Motion for Judgment on the Pleadings [25]. Thereafter, the Court entered an Order [27] staying the case pending resolution of that Motion [25]. On December 2, 2022, the Court entered an Agreed Judgment of Dismissal [34], which dismissed the City as a defendant in this case. This Agreed Judgment [34] was consistent with the Stipulation of Dismissal [33] filed by the parties the previous day.

Considering the foregoing, the pending Motion for Judgment on the Pleadings [25] is hereby DENIED AS MOOT. The stay of this case is hereby LIFTED. The Magistrate Judge shall reset all deadlines associated with the case as necessary.

SO ORDERED, this the 6th day of December, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE